**Order entered February 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01385-CV

### ANTHONY LEEARTIS HALL, Appellant

### V.

### OBINNA CHINEMEREM NJOKU, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-09-02988-B**

## ORDER

The clerk's record in this case is overdue. By postcard dated November 15, 2013, we notified the county clerk that the clerk's record was overdue. We directed the county clerk to file the clerk's record within thirty days. To date, the clerk's record has not been filed.

Accordingly, this Court **ORDERS** the Dallas County Clerk to file, within **TEN DAYS** of the date of this order, either the clerk's record or written verification that appellant has not been found indigent and has not paid for the record. *We notifiy appellant that if we receive verification he is not indigent and has not paid for the record, we will, without further notice, dismiss the appeal. See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk of the Court to send a copy of this order, by electronic tranmission, to:

John F. Warren
Dallas County Clerk

/s/    CAROLYN WRIGHT
CHIEF JUSTICE